[No. 25896-0-II. Division Two. December 19, 2001.]

LUANN M. HILGER, ET AL., *Appellants*, v. LISA KRISTEN GREEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-11135-1, Vicki L. Hogan, J., entered April 14, 2000. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26068-9-II. Division Two. December 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE REUTER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-00597-1, Robert L. Harris, J., entered June 9, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Morgan and Bridgewater, JJ.

[No. 26110-3-II. Division Two. December 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD WALTER PALMER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-05810-2, Kitty-Ann van Doorninck, J., entered June 9, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[No. 26116-2-II. Division Two. December 19, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. DOUGLAS BRYAN CHASE, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00558-6, James E. Warme, J., entered June 13, 2000. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.